**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

March 18, 2008

United States District Court
Northern District of California
Richard W. Wieking, Clerk
450 Golden Gate Ave - P.O. Box 36060
San Francisco, CA 94102-3489

    RE:    **Bathon v. BCBG Max Azria**
             C.A. No.: 07-cv-2276

Dear Clerk:

    We herewith enclose certified copies of the Transfer Order and docket entries, in the above-captioned case which has been transferred to your District pursuant to Order filed on 2/14/2008.

    You may utilize the Court's ECF Link https://ecf.paed.uscourts.gov. or the J-Net to retrieve the filed documents.

    In the event that your are unable to obtain the pleadings, please contact me at (267) 299-7006.

    Kindly acknowledge receipt on the copy of the letter provided.

                        Very truly yours,

                        MICHAEL E. KUNZ
                        Clerk of Court

                        By: _____
                        Michele Helmer, Deputy Clerk

Received above material this      day of          , 2008.

                    Signature: _____

civ625.frm (revised June 2007)

CLOSED, SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02276-JF
### Internal Use Only

CV 08 1647 JSW

BATHON v. BCBG MAXAZRIA
Assigned to: HONORABLE JOHN P. FULLAM
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 06/05/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

## Plaintiff

**JENNIFER BATHON** represented by **DAVID A. SEARLES**
DONOVAN SEARLES, LLC
*ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED*
1845 WALNUT ST.
STE 1100
PHILA, PA 19103
215-732-6067
Fax: 215-732-8060
Email: dsearles@donovansearles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES A. FRANCIS**
FRANCIS & MAILMAN, PC
LAND TITLE BLDG 19TH FL
100 S. BROAD ST


A TRUE COPY CERTIFIED TO FROM THE REC...
DATED: 3-18-08
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

                              PHILADELPHIA, PA 19110
                              215-735-8600
                              Fax: 215-940-8000
                              Email:
                              jfrancis@consumerlawfirm.com

                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BCBG MAXAZRIA**    represented by   **RAFIK MATTAR**
                                                        CALL, JENSEN & FERRELL
                                                        610 NEWPORT CENTER
                                                         DRIVE, SUITE 700
                                                         NEWPORT BEACH, CA 92660
                                                         949-717-3000
                                                         Email: Rmattar@calljensen.com

                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **SCOTT JASON FERRELL**
                                                         CALL, JENSEN & FERRELL,
                                                         APC
                                                        610 NEWPORT CENTER
                                                        DRIVE, SUITE 700
                                                        NEWPORT BEACH, CA 92660
                                                        949-717-3000
                                                         Email: sferrell@calljensen.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **STEPHEN G. HARVEY**

PEPPER HAMILTON LLP
3000 TWO LOGAN SQ.
PHILA, PA 19103
215-981-4450
Fax: 215-981-4750
Email: harveys@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | 1 | COMPLAINT against BCBG MAXAZRIA ( Filing fee $ 350 receipt number 939894.), filed by JENNIFER BATHON.(cw, ) (Entered: 06/06/2007) |
| 06/05/2007 |  | Summons Issued as to BCBG MAXAZRIA. One Forwarded To: Counsel on 6/6/07 (cw, ) (Entered: 06/06/2007) |
| 06/05/2007 |  | DEMAND for Trial by Jury by JENNIFER BATHON. (cw, ) (Entered: 06/06/2007) |
| 06/05/2007 |  | (Court only) ***Set/Clear Flags Set Flag Special Case Management Track (cw, ) (Entered: 06/06/2007) |
| 06/06/2007 | 2 | NOTICE of Appearance by JAMES A. FRANCIS on behalf of JENNIFER BATHON (FRANCIS, JAMES) (Entered: 06/06/2007) |
| 06/08/2007 | 3 | SUMMONS Returned Executed by JENNIFER BATHON re: Michelle Ulaschkin served Summons and Complaint upon BCBG |

| | | |
|---|---|---|
| | | MAXAZRIA by Hand Delivery. BCBG MAXAZRIA served on 6/7/2007, answer due 6/27/2007. (SEARLES, DAVID) (Entered: 06/08/2007) |
| 06/14/2007 | ●4 | CERTIFICATE OF SERVICE by JENNIFER BATHON re 1 Complaint, Summons Issued (SEARLES, DAVID) (Entered: 06/14/2007) |
| 06/21/2007 | ●5 | Amended Complaint against DEFENDANT BCBG MAXAZRIA filed by PLAINTIFF JENNIFER BATHON.(mbh, ) (Entered: 06/21/2007) |
| 06/21/2007 | ● | Summons Issued as to BCBG MAXAZRIA. Forwarded To: David A. Searles, Esquire on 6/21/2007 (mbh, ) (Entered: 06/21/2007) |
| 06/25/2007 | ● | (Court only) ***Attorney STEPHEN G. HARVEY for BCBG MAXAZRIA added. (mbh, ) (Entered: 06/26/2007) |
| 06/25/2007 | ●6 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH DEFENDANT MAY ANSWER, MOVE OR OTHERWSIE PLEAD IN RESPONSE TO THE COMPLAINT SHALL BE EXTENDED FOR 30 DAYS, TO AND INCLUDING 7/20/2007. SIGNED BY JUDGE JOHN P. FULLAM ON 6/25/2007. 6/26/2007 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 06/26/2007) |
| 07/23/2007 | ●7 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH DEFENDANT MAY ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT SHALL BE EXTENDED TO AND INCLUDING 8/2/2007. |

| | | |
|---|---|---|
| | | SIGNED BY JUDGE JOHN P. FULLAM ON 7/23/2007. 7/23/2007 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 07/23/2007) |
| 07/31/2007 | ●8 | Application of Scott Jason Ferrell, Esquire to Practice in this Court Pursuant to Local Rule of Civil Procedure 83.5.2(b) on behalf of DEFENDANT BCBG MAXAZRIA, Certificate of Service. (mbh, ) (Entered: 07/31/2007) |
| 07/31/2007 | ●9 | Application of RAFIK MATTAR, ESQUIRE to Practice in this Court Pursuant to Local Rule of Civil Procedure 83.5.2(b) on behalf of DEFENDANT BCBG MAXAZRIA, Certificate of Service. (mbh, ) (Entered: 07/31/2007) |
| 08/01/2007 | ●10 | ORDER THAT THE APPLICATION OF SCOTT JASON FERRELL, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED. SIGNED BY JUDGE JOHN P. FULLAM ON 8/1/2007. 8/2/2007 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 08/02/2007) |
| 08/01/2007 | ● | (Court only) ***Attorney SCOTT JASON FERRELL for BCBG MAXAZRIA added. (mbh, ) (Entered: 08/02/2007) |
| 08/01/2007 | ●11 | ORDER THAT THE APPLICATION OF RAFIK MATTAR, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED. SIGNED BY JUDGE JOHN P. FULLAM ON 8/1/2007. 8/2/2007 ENTERED AND COPIES MAILED AND E-MAILED.(mbh, ) (Entered: |

| | | 08/02/2007) |
|---|---|---|
| 08/01/2007 | ◐ | (Court only) ***Attorney RAFIK MATTAR for BCBG MAXAZRIA added. (mbh, ) (Entered: 08/02/2007) |
| 08/02/2007 | ◐12 | ANSWER to Amended Complaint by BCBG MAXAZRIA, Certificate of Service. (HARVEY, STEPHEN) Modified on 8/3/2007 (nd). (Entered: 08/02/2007) |
| 08/02/2007 | ◐ | (Court only) ***Issue Joined (nd) (Entered: 08/03/2007) |
| 08/17/2007 | ◐13 | MOTION for Extension of Time to File *Motion for Class Certification* filed by JENNIFER BATHON.Proposed Order, Memorandum of Law, Certificate of Service.(SEARLES, DAVID) (Entered: 08/17/2007) |
| 08/21/2007 | ◐14 | MOTION to Appoint Counsel *as Interim Class Counsel Pursuant to Rule 23(g)(2)* filed by JENNIFER BATHON.Proposed Order, Memorandum of Law. (Attachments: # 1 Declaration of David A. Searles# 2 Declaration of James A. Francis# 3 Francis & Mailman Firm Biography# 4 Certificate of Service)(SEARLES, DAVID) (Entered: 08/21/2007) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BATHON on behalf of herself and all others similarly situated )<br><br>Plaintiff, )<br><br>Vs. )<br><br>BCBG MAX AZRIA, )<br><br>Defendant. ) | CV 08 1647 JSW<br><br>Civil Action No. 07-2276<br><br>FILED<br>14<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

**ORDER RE DEFENDANT BCBG MAX AZRIA'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE STAY OR DISMISS**

AND NOW, on this 14th day of FEBRUARY, 2008, having considered the arguments in support of and opposition to Defendant BCBG Max Azria's ("Defendant") motion to transfer venue of this putative nationwide class action pursuant to the first-filed rule and 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of California where an earlier filed and related case is already pending or, in the alternative, to stay or dismiss the present action, it is hereby ORDERED as follows:

Defendant's motion to transfer venue of this action to the United States District Court for the Northern District of California is GRANTED. In light of the Court's order transferring this action, Defendant's alternative request for a stay or dismissal is moot.

Dated: Feb. 14, 2008

THE HONORABLE JOHN P. FULLAM
UNITED STATES DISTRICT JUDGE

2-14-08- FAXED BY
CHAMBERS TO:
D.A. SEARLES
S.G. HARVEY
J.A. FRANCIS

e-mail:
S Ferrell
R Mattan

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-18-08
ATTEST: Michele Helzer
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA