Scott J. Ferrell, State Bar No. 202091
Scot D. Wilson, State Bar No. 223367
Rafik Mattar, State Bar No. 231292
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com
rmattar@calljensen.com

Attorneys for Defendant BCBG MAXAZRIA

# UNITED STATES DISTRICT COURT

# NORTHERN OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATHON on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BCBG MAX AZRIA,<br><br>　　　　　Defendant. | Case No.  C08-01647 JSW<br><br>**CERTIFICATE OF SERVICE OF COURT DOCUMENTS**<br><br><br><br>Complaint Filed:　June 21, 2007<br>Trial Date:　　　　None Set |

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On April 10, 2008, I served the foregoing documents described as:

**1.  Order Setting Initial Case Management Conference and ADR Deadlines**

**2.  U.S. District Court Northern California ECF Registration Information Handout**

**3.  U.S. District Court, San Francisco Filing Process Guidelines**

**4.  U.S. District Court, Northern District of California Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

**5.  Standing Order for all Judges of the Northern District of California - Contents of Joint Case Management Statement**

**6.  Certificate of Service of Court Documents**

on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ ]   (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ X ]   (BY MAIL)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]   (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

1

2  **[ ]** (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone
3  number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein.
4  The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon
5  which the said transmission was made immediately following the transmission.

6

7  **[ ]** (BY E-MAIL)  I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(es) indicated.

8

9  **[ X ]** (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

10

11      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on April 10, 2008, at Newport Beach, California.

12

13

14                                    *s/Rafik Mattar*_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CALL, JENSEN & FERRELL**
**A PROFESSIONAL CORPORATION**

BCB01-10:363334_1:4-10-08                          - 3 -
CERTIFICATE OF SERVICE OF COURT DOCUMENTS

# SERVICE LIST

| | |
|---|---|
| David A. Searles, Esq.<br>DONOVAN SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Tel: (215) 732-6067<br>Fax: (215) 732-8060<br>dsearles@donovansearles.com | **Attorneys for Plaintiff JENNIFER BATHON** |
| James A. Francis, Esq,<br>FRANCIS & MAILMAN, PC<br>Land Title Bldg., 19th Floor<br>100 S. Broad Street<br>Philadelphia PA 19110<br>Tel.: (215) 735-8600<br>Fax: (215) 940-8000<br>jfrancis@consumerlawfirm.com | **Attorney for Plaintiff JENNIFER BATHON** |
| Stephen G. Harvey<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>215.981.4246 - Direct<br>215.981.4750 – Fax<br>harveys@pepperlaw.com | **Attorney for Defendant BCBG MAXAZRIA** |