1  SCOTT J. FERRELL, Bar No. 202091
   SCOT D. WILSON, Bar No. 223367
2  CALL, JENSEN & FERRELL
   A Professional Corporation
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
4  Tel:  (949) 717-3000
   Fax: (949) 717-3100
5  sferrell@calljensen.com
   swilson@calljensen.com
6
7  Attorneys for Defendant
8  BCBG MAX AZRIA

9

              **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA**
11

12  JENNIFER BATHON on behalf of herself      Case No.  C08-01647 JSW
    and all others similarly situated,
13
14            Plaintiff,                       **STIPULATION OF DISMISSAL AND
                                               [*PROPOSED*] ORDER**
15  vs.

16
    BCBG MAX AZRIA,
17
              Defendant.                       Complaint Filed:   June 5, 2007
18                                             Trial Date:        None Set

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

BCB01-09:390867_1.DOC:7-14-08                    - 1 -
                      STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Jennifer Bathon ("Plaintiff") and Defendant BCBG Max Azria ("Defendant") hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant *with prejudice*, and with each party bearing its own costs and fees. Plaintiff's putative class claims against Defendant are dismissed without prejudice to the rights of any of the members of the putative class, and with each party bearing its own costs and fees.

Dated: July 14, 2008    CALL, JENSEN & FERRELL
A Professional Corporation

By:s/SCOT D. WILSON
   SCOT D. WILSON
Attorneys for Defendant BCBG Max Azria
E-mail: swilson@calljensen.com

Dated: July 14, 2008    DONOVAN SEARLIES, LLC
FRANCIS & MAILMAN, P.C.

By:s/DAVID A. SEARLES
   DAVID A. SEARLES
Attorneys for Plaintiff
E-mail: dsearles@donovansearles.com

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

BCB01-09:390867_1.DOC:7-14-08  - 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

## ORDER

2

    **IT IS HEREBY ORDERED** that Plaintiff Jennifer Bathon's ("Plaintiff")

3

individual claims against Defendant BCBG Max Azria ("Defendant") be dismissed with

4

prejudice, and with each party bearing its own costs and fees. Plaintiff's putative class

5

claims against Defendant are dismissed without prejudice to the rights of any of the

6

members of the putative class and each party shall bear its own costs and fees.

7

8

Dated:_____

9

                               _____

HON. JEFFREY S. WHITE

10

U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

BCB01-09:390867_1.DOC:7-14-08

- 3 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Scott J. Ferrell, State Bar No. 202091
Scot D. Wilson, State Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com

Attorneys for Defendant
BCBG MAX AZRIA

# UNITED STATES DISTRICT COURT

## NORTHERN OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATHON on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>BCBG MAX AZRIA,<br><br>    Defendant. | Case No.  C08-01647 JSW<br><br>**CERTIFICATE OF SERVICE OF STIPULATION OF DISMISSAL AND [*PROPOSED*] ORDER**<br><br><br>Complaint Filed:  June 21, 2007<br>Trial Date:    None Set |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On July 14, 2008, I served the foregoing documents described as:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

on the following person(s) in the manner indicated:

## SEE ATTACHED SERVICE LIST

[ **X** ]  (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[  ]    (BY MAIL)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[  ]    (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[  ]    (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[  ]    (BY E-MAIL)    I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

1

2

3

**[ X ]**  (FEDERAL)  I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

4

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on July 14, 2008, at Newport Beach, California.

5

6

7

             *s/Scot D. Wilson*_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

BCB01-10:363334_1.DOC:7-14-08          - 3 -

CERTIFICATE OF SERVICE OF STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

**SERVICE LIST**

2

David A. Searles, Esq.                    **Attorneys for Plaintiff JENNIFER**
3                                          **BATHON**
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
4
Philadelphia, PA 19103
Tel:  (215) 732-6067
5
Fax: (215) 732-8060
6    dsearles@donovansearles.com

7    James A. Francis, Esq,                **Attorney for Plaintiff JENNIFER**
FRANCIS & MAILMAN, PC                      **BATHON**
8    Land Title Bldg., 19th Floor
100 S. Broad Street
9    Philadelphia PA 19110
Tel.: (215) 735-8600
10
Fax: (215) 940-8000
11   jfrancis@consumerlawfirm.com

12   Stephen G. Harvey                     **Attorney for Defendant BCBG**
PEPPER HAMILTON LLP                        **MAXAZRIA**
13   3000 Two Logan Square
14   Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
15   215.981.4246 - Direct
215.981.4750 – Fax
16   harveys@pepperlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

CERTIFICATE OF SERVICE OF STIPULATION OF DISMISSAL AND [PROPOSED] ORDER