```
SCOTT J. FERRELL, Bar No. 202091
SCOT D. WILSON, Bar No. 223367
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com

Attorneys for Defendant
BCBG MAX AZRIA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BATHON on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BCBG MAX AZRIA,<br><br>　　　　Defendant. | Case No.  C08-01647 JSW<br><br>**STIPULATION OF DISMISSAL AND [*PROPOSED*] ORDER**<br><br>Complaint Filed:　June 5, 2007<br>Trial Date:　　　　None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BCB01-09:390867_1.DOC:7-14-08

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

- 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Jennifer Bathon ("Plaintiff") and Defendant BCBG Max Azria ("Defendant") hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant *with prejudice*, and with each party bearing its own costs and fees. Plaintiff's putative class claims against Defendant are dismissed without prejudice to the rights of any of the members of the putative class, and with each party bearing its own costs and fees.

Dated: July 14, 2008              CALL, JENSEN & FERRELL
                                  A Professional Corporation


                                  By:s/SCOT D. WILSON
                                       SCOT D. WILSON
                                  Attorneys for Defendant BCBG Max Azria
                                  E-mail: swilson@calljensen.com


Dated: July 14, 2008              DONOVAN SEARLIES, LLC
                                  FRANCIS & MAILMAN, P.C.


                                  By:s/DAVID A. SEARLES
                                       DAVID A. SEARLES
                                  Attorneys for Plaintiff
                                  E-mail: dsearles@donovansearles.com

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Jennifer Bathon's ("Plaintiff") individual claims against Defendant BCBG Max Azria ("Defendant") be dismissed with prejudice, and with each party bearing its own costs and fees. Plaintiff's putative class claims against Defendant are dismissed without prejudice to the rights of any of the members of the putative class and each party shall bear its own costs and fees.

Dated: ___July 14, 2008_____   _____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE